## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Durita Nelson,                                    Civil No. 12-1565 (RHK/AJB)

        Plaintiff,            **DISQUALIFICATION AND**
                                                                 **ORDER FOR REASSIGNMENT**

vs.

DePuy Orthopaedics, Inc., an
Indiana corporation, Johnson &
Johnson Services, Inc., a New Jersey
corporation, Johnson & Johnson, Inc.,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 29, 2012

                                                        s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge